UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
2008-1470

Powers Kirn, LLC
728 Marne Highway
P.O. Box 848
Moorestown, NJ 08057

Order Filed on
10/2/2009
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

   Bernadine Peruto

Case No.:   08-20330 GMB

Hearing Date: September 21, 2009

Judge:   Honorable Gloria M. Burns

Chapter:  13

## ORDER REINSTATING STAY AND PROVIDING OTHER RELIEF

The relief set forth on the following pages, numbered two (2) through two (2)     is hereby **ORDERED**.

**DATED: 10/2/2009**

_____
Honorable Gloria M Burns
United States Bankruptcy Court Judge

Case 08-20330-GMB    Doc 29    Filed 10/02/09    Entered 10/05/09 10:58:25    Desc Main
Document    Page 2 of 2

Page 2
Debtor: Bernadine Peruto
Case No.: 08-20330 GMB
Caption of Order: ORDER REINSTATING STAY AND PROVIDING OTHER RELIEF

Upon the debtor's motion to reinstate the stay as to certain real property which stay was heretofore vacated for cause pursuant to Bankruptcy Code section 362(d) and Powers Kirn, LLC, Attorney for U. S. Bank Home Mortgage servicing agent for U. S. Bank N. A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The debtor's motion to reinstate the stay is hereby granted upon the conditions and terms more particularly provided hereinafter.

2. Debtor(s) shall commence curing post petition arrears through September 1, 2009, in the sum of $10,255.12 as provided hereinafter.

3. Debtor(s) shall make an immediate payment of $7,000.00.

4. Debtor(s) shall resume regular monthly mortgage payments starting on October 1, 2009.

5. Debtor(s) shall commence curing the balance of post-petition arrears by making payment of $361.68 in addition to debtor's regular monthly mortgage payment starting November 1, 2009, and continuing until all post-petition arrears are brought current.

6. The mortgagee is awarded a counsel fee and costs of $350.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

7. The mortgagee is granted leave to file an amended proof of claim to provide for the payment of any legal fees or expenses incurred due to stay relief having been previously awarded.

8. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

9. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

*Approved by Judge Gloria M. Burns October 02, 2009*